**Order entered August 3, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00295-CR

**JULIO IVAN BAUTISTA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F16-75991-K**

## ORDER

Julio Ivan Bautista appeals his March 9, 2017 conviction for continuous sexual abuse of a young child. After the jury found him guilty, the trial court assessed punishment at forty years in prison. Appellant filed a motion for new trial which was overruled on March 17, 2017. Thereafter, he filed this appeal.

The clerk's record was filed July 10, followed by five volumes of reporter's record on July 31, 2017. That same day, deputy court reporter Janice Garrett informed the Court that she reported the motion for new trial but her "stenotype machine malfunctioned" and she "cannot access the files for this hearing." She stated she had contacted the manufacturer but was not sure the files could be repaired.

Accordingly, we **ORDER** the trial court to conduct a hearing at which Janice Garrett is present and to make findings regarding the following: (1) whether the notes of the motion for new trial hearing that Janice Garrett recorded are available; and (2) if the notes are not available, whether (a) appellant is at fault for the loss or destruction of the notes; (b) appellant and the State can agree to a substituted record; and (c) the lost or destroyed notes are necessary to the appeal's resolution.

We **ORDER** the trial court to transmit a supplemental record containing its written findings of fact, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to transmit copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; deputy court reporter Janice Garrett; and to counsel for all parties.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated in thirty days or when we receive the supplemental record containing its findings of fact, whichever occurs first.


/s/     ADA BROWN
         JUSTICE